FILED
2015 Mar-11 PM 03:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ERICA L. FEAGINS,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | **CIVIL ACTION NO.:** |
| ] | **2:15-CV-95 KOB** |
| **PORTFOLIO RECOVERY** ] | |
| **ASSOCIATES, LLC, a corporation,** ] | |
| ] | |
| **Defendant.** | |

## FINAL ORDER

This matter comes before the court on "Plaintiff's Motion to Dismiss Defendant With Prejudice." (Doc. 7). The court GRANTS the motion and DISMISSES this action WITH PREJUDICE, costs taxed as paid.

**DONE** and **ORDERED** this 11th day of March, 2015.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE